UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORDAN ZITO, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES SUPREME COURT, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-00295-MMD-CLB<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 9.) The Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" under 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should thus be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (finding that revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 28th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE